x:\tc51616\appear

WDJ/ls
File No.: TC-51616

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
BOGUSLAW KWASNIAK AND MALGORZATA
KWASNIAK,

                Plaintiffs,

    -against-

100 CHURCH, LLC, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., AMG REALTY PARTNERS,
LP, ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CUNNINGHAM DUCT CLEANING
CO., INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW
TOWERS ASSOCIATES, INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVIVCES CO., LAW ENGINEERING P.C., LIBERTY
VIEW ASSOCIATES, L.P., MERRILL LYNCH & CO,
INC., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTENRATIONAL, INC., RY
MANAGEMENT CO., INC., RELATED BPC
ASSOCIATES, INC., RELATED MANAGEMENT CO.,
LP, ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC, RY MANAGEMENT, STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE RELATED COMPANIES, LP,
THE RELATED REALTY GROUP, INC., TOSCORP

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

INC., TRC ENGINEERS, INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO, L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL,

                        Defendants.
-----------------------------------------------------------------------X

COUNSELORS:

    PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 10, 2007

                                      WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                      BARRY, McTIERNAN & MOORE
                                      Attorneys for Defendants
                                      STRUCTURE TONE, INC. s/h/a
                                      STRUCTURE TONE (UK), INC. and
                                      STRUCTURE TONE GLOBAL SERVICES, INC.
                                      2 Rector Street – 14th Floor
                                      New York, New York  10006
                                      (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700