Gillian Hines Kost (GK-2880)
LONDON FISCHER LLP
59 Maiden Lane, 41st fl.
New York, New York 10038
(212) 972-1000

Attorneys for Defendants: The Related Companies, L.P.,
Related Management Company, L.P., The Related Realty
Group, Inc., Related BPC Associates, Inc. and Liberty View
Associates, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
                                       :   **THE RELATED**
------------------------------------------------------------------x   **DEFENDANTS'**
BOGUSLAW KWASNIAK and MALGORZATA       :   **ADOPTION OF ANSWER**
KWASNIAK                               :   **TO**
        v.                             :   **MASTER COMPLAINT**
THE RELATED COMPANIES, L.P.,           :
RELATED MANAGEMENT COMPANY, L.P., THE  :   07 cv 05300
RELATED REALTY GROUP, INC., RELATED BPC :
ASSOCIATES, INC., and LIBERTY VIEW     :
ASSOCIATES, L.P.                       :
------------------------------------------------------------------x :

PLEASE TAKE NOTE THAT Defendants, The Related Companies, L.P., Related Management Company, L.P., The Related Realty Group, Inc., Related BPC Associates, Inc., and Liberty View Associates, L.P., ("Related Defendants") by their attorneys, London Fischer, LLP, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) Related to the Master Complaint filed in the above-referenced action , hereby adopt The Related Defendants Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of In re World Trade Center lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

WHEREFORE, the Related Defendants demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
September 13, 2007

LONDON FISCHER LLP

By: *[signature]*
Gillian Hines Kost (GK-2880)
59 Maiden Lane
New York, New York 10038
(212) 972-1000
Attorneys for Defendants:
The Related Companies, L.P.,
Related Management Company, L.P., The Related Realty Group, Inc., Related BPC Associates, Inc., and Liberty View Associates, L.P.

TO:
Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, New York 10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC 20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY 11706

*Liaison Counsel for Plaintiffs*
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York 10279



Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York 10279

***Liaison Counsel for the Defendants***
*Joseph Hopkins, Esq.*
*Patton Boggs LLP*
*1 Riverfront Plaza, 6th fl.*
*Newark, New Jersey 07102*

*Thomas Egan, Esq.*
*Flemming Zulack Williamson Zauderer LLP*
*One Liberty Plaza*
*New York, New York 10006*


K:\VGFutterman\WTC-Related\Pleadings\NoticeofAdoption-Kwasniak.doc

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true copy of The Related Defendants' Notice of Adoption of Answer to Master Complaint was served via First Class Mail on the day of September 17, 2007, upon the following:

      Battery Park City Authority
      c/o Wilson Elser, et al.
      3 Gannett Drive
      White Plains, NY  10604

      Robert J. Higgins
      Dickstein Shapiro Morin & Oshinsky LLP,
      2101 L Street N.W.
      Washington, DC  20037

      Lionshead 110 Development, LLC
      Eschen, Frenkle & Weisman, LLP
      20 West Main Street
      Bayshore, NY  11706

      *Liaison Counsel for Plaintiffs*
      Christopher Lopalo, Esq.
      Worby Groner Edelman & Napoli Bern LLP
      115 Broadway, 12th floor
      New York, New York  10006

      Robert A. Grochow, Esq.
      Robert A. Grochow, P.C.
      233 Broadway, 5th fl.
      New York, New York  10279

      Gregory J. Cannata, Esq.
      Law Offices of Gregory J. Cannata
      233 Broadway, 5th floor
      New York, New York  10279

      *Liaison Counsel for Defendants*
      Joseph Hopkins, Esq.
      Patton Boggs LLP
      1 Riverfront Plaza, 6th fl.
      Newark, New Jersey  07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York  10006

    The undersigned further certifies that on September 17, 2007, I caused the Notice of Adoption of Answer to Master Complaint to be electronically served via the Court's ECF System.

Dated: September 17, 2007

                                                            Gillian Hines Kost