UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
BOGUSLAW KWASNIAK (AND WIFE
MALGORZATA KWASNIAK),

              (AKH)07CV5300

      Plaintiffs,

  -against-

100 CHURCH LLC,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC.,
AMG REALTY PARTNERS LP,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CUNNINGHAM DUCT CLEANING CO INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
LAW ENGINEERING, PC,
LIBERTY VIEW ASSOCIATES LP,
MERRILL LYNCH & CO., INC.
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
RY MANAGEMENT CO INC.,
RY MANAGEMENT,
RELATED BPC ASSOCIATES INC.,

RELATED MANAGEMENT CO LP,
ROYAL AND SUN ALLIANCE INSURANCE GROUP, PLC,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
THE RELATED COMPANIES LP,
THE RELATED REALTY GROUP INC.,
TOSCORP INC.,
TRC ENGINEERS, INC.,
TUCKER ANTHONY INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER A CO GP CORP,
WFP TOWER A CO,
WFP TOWER A CO LP,
WFP TOWER B CO. GP CORP.,
WFP TOWER B HOLDING CO., LP.,
WFP TOWER B CO., LP,
ZAR REALTY MANAGEMENT CORP.,

                    Defendants.

-------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

> Yours, etc.
> FRIEDMAN, HARFENIST, LANGER & KRAUT
> Attorneys for Defendant –Envirotech
> 3000 Marcus Avenue, Suite 2E1
> Lake Success, New York 11042
> (516) 775-5800
>
> BY: _____
> Heather L. Smar (4622)