x:\ATS51728\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X         21 MC 102 (AKH)
BOGUSLAW KWASNIAK AND MALGORZATA
KWASNIAK,

                                                                                          Civil Action No.:

                                                                                          **NOTICE OF ADOPTION**

                                     Plaintiff(s),
          - against -

100 CHURCH, LLC, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., AMG REALTY PARTNERS, LP,
ANN TAYLOR STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVIVCES CO., LAW ENGINEERING
P.C., LIBERTY VIEW ASSOCIATES, L.P., MERRILL
LYNCH & CO, INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTENRATIONAL, INC., RY
MANAGEMENT CO., INC., RELATED BPC ASSOCIATES,

INC., RELATED MANAGEMENT CO., LP, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TOSCORP INC., TRC ENGINEERS, INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO, L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL,

         Defendant(s).

------------------------------------------------------------------X

COUNSELORS:

    PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
October 10, 2007

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600