UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER            21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
BOGUSLAW KWASNIAK and MALGORZATA
KWASNIAK
                                                                      Index No.: 07 CV 05300
                          Plaintiffs,

              -against-                                               **NOTICE OF**
                                                                      **APPEARANCE**
RELATED BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., L.P., THE RELATED                                     **ELECTRONICALLY**
COMPANIES, L.P., THE RELATED REALTY GROUP,                            **FILED**
INC., and LIBERTY VIEW ASSOCIATES, L.P.

                          Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:        New York, New York
              December 10, 2007


                                                     LONDON FISCHER LLP
                                          By:        _____
                                                     Gillian Hines Kost (GK-2880)
                                                     59 Maiden Lane
                                                     New York, New York 10038
                                                     Phone: (212) 972-1000
                                                     Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Kwasniak\Pleadings\Notice of Appearance