KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
BOGUSLAW KWASNIAK and MALGORZATA
KWASNIAK,                                          DOCKET No.:
                                                   07 CV 05300
                  Plaintiffs,

  -against-

100 CHURCH, LLC, ALAN KASMAN DBA              NOTICE OF
KASCO, AMBIENT GROUP, INC., ANN TAYLOR        ADOPTION OF
TAYLOR STORES CORPORATION, BATTERY            ANSWER TO
PARK CITY AUTHORITY, BLACKMON-MOORING         MASTER COMPLAINT
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES,
L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM DUCT
CLEANING CO., INC., ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC HUDSON
VIEW EAST CONDIMINIUM, HUDSON VIEW
TOWER ASSOCIAETS, INDOOR AIR PROFESSIONALS,
INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES
CO., LAW ENGINEERING, P.C., LIBERTY VIEW
ASSOCIATES, L.P., MERILL LYNCH & CO., INC.,
NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW LIBERTY PLAZA, LP.,

NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
ONE WALL STREET HOLDINGS, LLC., R Y
MANAGEMENT CO., INC., RELATED BPC
ASSOCIATES, INC., RELATED MANAGMENT
CO., LP., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., RY MANAGMENT,
ST. JOHN'S UNIVERSITY, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEWYORK, INC., THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),
THE LIBERTY PLAZA CONDOMINIUM (CONDON # 1178),
THE RELATED COMPANIES, LP, THE RELATED
REALTY GROUP, INC., TOSCORP, INC., TRC ENGINEERS, INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS,
WFP ONE LIBERTY PLAZA CPO., LP., WFP ONE LIBERTY
PLAZA CO., GP., CORP., WFP TOWER A CO., WFP TOWER A
CO., G.P., CORP., WFP TOWER A CO., L.P., LP TOWER B CO.,
L.P., WFP TOWER D CO., GP., CORP., WFP TOWER
D HOLDING CO. I. L.P., WFP TOWER D HOLDING CO. II
L.P., WFP TOWER D HOLDING I G, et al.

**Defendants.**

...........................................................................................x

**PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and

disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 10, 2008

                                        Kevin G. Horbatiuk (KGH4977)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                        **CUNNINGHAM DUCT CLEANING**
                                        **CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway-28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **BOGUSLAW KWASNIAK and MALGORZATA KWASNIAK**
         115 Broadway - 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 10th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**BOGUSLAW KWASNIAK and MALGORZATA KWASNIAK**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK