KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

**IN RE COMBINED WORLD TRADE CENTER**          21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**

-------------------------------------------------------------------x

**BOGUSLAW KWASNIAK and MALGORZATA**
**KWASNIAK,**                                   **DOCKET No.:**
                                                07 CV 05300

                    Plaintiffs,

          -against-

**100 CHURCH, LLC, ALAN KASMAN DBA**            NOTICE OF
**KASCO, AMBIENT GROUP, INC., ANN TAYLOR**      APPEARANCE
**TAYLOR STORES CORPORATION, BATTERY**
**PARK CITY AUTHORITY, BLACKMON-MOORING**
**STEAMATIC CATASTOPHE, INC., d/b/a BMS**
**CAT, BROOKFIELD FINANCIAL PROPERTIES,**
**INC., BROOKFIELD FINANCIAL PROPERTIES,**
**L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD**
**PROPERTIES CORPORATION, BROOKFIELD**
**PROPERTIES HOLDINGS, INC., CUNNINGHAM DUCT**
**CLEANING CO., INC., ENVIROTECH CLEAN AIR, INC.,**
**GENERAL RE SERVICES CORP.,**
**GPS ENVIRONMENTAL CONSULTANTS, INC.,**
**HILLMAN ENVIRONMENTAL GROUP, LLC HUDSON**
**VIEW EAST CONDIMINIUM, HUDSON VIEW**
**TOWER ASSOCIAETS, INDOOR AIR PROFESSIONALS,**
**INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,**
**KASKO RESTORATION SERVICES**
**CO., LAW ENGINEERING,  P.C., LIBERTY VIEW**
**ASSOCIATES, L.P., MERILL LYNCH & CO., INC.,**
**NATIONAL ASSOCIATION OF SECURITIES**
**DEALERS, INC., NEW LIBERTY PLAZA, LP.,**
**NEW YORK CITY INDUSTRIAL DEVELOPMENT**

AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
ONE WALL STREET HOLDINGS, LLC., R Y
MANAGEMENT CO., INC., RELATED BPC
ASSOCIATES, INC., RELATED MANAGMENT
CO., LP.,  ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., RY MANAGMENT,
ST. JOHN'S UNIVERSITY, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEWYORK, INC., THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),
THE LIBERTY PLAZA CONDOMINIUM (CONDON # 1178),
THE RELATED COMPANIES, LP, THE RELATED
REALTY GROUP, INC., TOSCORP, INC., TRC ENGINEERS, INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS,
WFP ONE LIBERTY PLAZA CPO., LP., WFP ONE LIBERTY
PLAZA CO., GP., CORP., WFP TOWER A CO., WFP TOWER A
CO., G.P., CORP., WFP TOWER A CO., L.P., LP TOWER B CO.,
L.P., WFP TOWER D CO., GP., CORP., WFP TOWER
D HOLDING CO. I. L.P., WFP TOWER D HOLDING CO. II
L.P., WFP TOWER D HOLDING I G, et al.
                    Defendants.
.............................................................................................x

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**

      I certify that I am admitted to practice in this court.

Dated: New York, New York
      January 10, 2008        Kevin G. Horbatiuk_____
                                    Kevin G. Horbatiuk (KGH4977)
                                    Attorneys for Defendant
                                    **CUNNINGHAM DUCT WORK s/h/i/a**
                                    **CUNNINGHAM DUCT CLEANING**
                                    **CO., INC.**
                                    RUSSO, KEANE & TONER, LLP
                                    26 Broadway-28th Floor
                                    New York, New York 10004
                                    (212) 482-0001
                                    RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiffs
       **BOGUSLAW KWASNIAK and MALGORZATA KWASNIAK**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 10th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**BOGUSLAW KWASNIAK and MALGORZATA KWASNIAK**
115 Broadway 12th Floor
New York, New York 10006

KEVIN G. HORBATIUK