UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
BOGUSLAW KWASNIAK AND
MALGORZATA KWASNIAK,

                               Plaintiffs,                    07CV05300

      against                                                ANSWER TO
                                                                AMENDED
                                                                 COMPLAINT

100 CHURCH, LLC, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BFP ONE LIBERTY
PLAZA CO., LLC,,
BLACKMON-MOORING STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CUNNINGHAM
DUCT CLEANING CO., INC., ENVIROTECH
CLEAN AIR, INC., GENERAL RE SERVICES
CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWERS ASSOCIATES, INDOOR AIR
PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C., LIBERTY VIEW
ASSOCIATES, L.P., MERRILL LYNCH & CO,
INC., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY
PLAZA LP, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NEW YORK CITY
INDUSTRIAL DEVELOPMENT CORPORATION,

NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., ONE LIBERTY PLAZA, ONE WALL
STREET HOLDINGS, LLC., R Y
MANAGEMENT CO., INC., RELATED BPC
ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP, ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, RY
MANAGEMENT, ST. JOHN'S UNIVERSITY,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK COMPANY, INC., THE BOARD
OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), THE
ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), THE RELATED COMPANIES,
LP, THE RELATED REALTY GROUP, INC.,
TOSCORP INC., TRC ENGINEERS, INC.,
TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP ONE LIBERTY PLAZA
CO., ER, WFP ONE LIBERTY PLAZA, CO. GP,
CORP., WFP TOWER A CO.,WFP TOWER A
CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP
TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P.,
WFP TOWER D CO. G.P. CORP., WFP TOWER
D HOLDING CO. I L.P,, WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLDING I G, ET AL

          Defendants.
-------------------------------------------------------------------------x

  PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendant Envirotech demands judgment dismissing the above-

captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      April 1, 2008

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Envirotech
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

                    BY: _____
                              Heather L. Smar (4622)